# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2929
Lower Tribunal No. 2020-CA-7906-O

_____

FLORIDA INSURANCE GUARANTY ASSOCIATION,

Appellant,

v.

VILLANOVA AT HUNTER'S CREEK CONDOMINIUM ASSOCIATION, INC.,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Denise Kim Beamer, Judge.

March 19, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, MIZE and BROWNLEE, JJ., concur.


Mark D. Tinker, of Cole, Scott & Kissane, P.A., Tampa, for Appellant.

George A. Vaka, of Vaka Law Group, P.L., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED